```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA                                    :
                                                            :
            -v-                                             :   19-CR-0012-006 (VSB)
                                                            :
JEMFFORD PEREZ,                                             :   ORDER
                                                            :
                        Defendant.                          :
                                                            :
------------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/1/2020

VERNON S. BRODERICK, United States District Judge:

It is hereby ORDERED that the defendant in the above captioned case, USM Number 86490-054, has been sentenced to a term of imprisonment of "Time Served", and therefore is to be released subject to any detainers.

SO ORDERED.

Dated: May 1, 2020
       New York, New York

Vernon S. Broderick
United States District Judge