UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                              :
                                                       :
        -v.-                                         :           20-cr-588 (PKC)
                                                       :
JEMFFORD PEREZ,                                        :           ORDER
                                                       :
        Defendant.                                   :
------------------------------------------------------------------------X

------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                              :
                                                       :
        -v.-                                         :           19-cr-12 (PKC)
                                                       :
JEMFFORD PEREZ,                                        :
                                                       :
       Defendant.                                    :
------------------------------------------------------------------------X

CASTEL, U.S.D.J.

        The next conference in these matters will take place on February 26, 2021 at 12:00 p.m. and will proceed as a telephone conference.  As requested, defense counsel will be given an opportunity to speak with defendant by telephone for fifteen minutes before the proceeding begins (i.e., at 11:45 a.m.).  Defense counsel should make sure to answer a call received at the telephone number, which was previously provided to Chambers, at that time in order to confer with defendant.

        The dial-in information for the proceeding is as follows:

    Phone Number:       888-363-4749

    Access Code:        3667981

Members of the press and public may access this proceeding with the same information but will not be permitted to speak during the teleconference.

On the teleconference, counsel should adhere to the following rules and guidelines during the proceeding:

1. Counsel should use a landline whenever possible, should use a headset instead of a speakerphone, and must mute themselves whenever they are not speaking to eliminate background noise. In addition, counsel should not use voice-activated systems that do not allow the user to know when someone else is trying to speak at the same time.

2. To facilitate an orderly teleconference and the creation of an accurate transcript, counsel are *required* to identify themselves every time they speak. Counsel should spell any proper names for the court reporter. Counsel should also take special care not to interrupt or speak over one another.

3. If there is a beep or chime indicating that a new caller has joined while counsel is speaking, counsel should pause to allow the Court to ascertain the identity of the new participant and confirm that the court reporter has not been dropped from the call.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: February 18, 2021
New York, New York