UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                20 CR 588 (PKC)
                19 CR 12-6 (PKC)

-against-

ORDER

JEMFFORD PEREZ,

           Defendant.
------------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

        The status conference previously scheduled for May 3, 2021 is adjourned to May 11, 2021 at 11:00 a.m. in Courtroom 11D. I find that the ends of justice will be served by granting a continuance and that taking such action outweighs the best interest of the public and the defendant in a speedy trial. The reasons for this finding are that the grant of the continuance is needed to accommodate the Court's trial calendar. Accordingly, the time between today and May 11, 2021 is excluded.

        SO ORDERED.

                                      P. Kevin Castel
                                      United States District Judge

Dated: New York, New York
       April 21, 2021