```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
UNITED STATES OF AMERICA,                                        :
                                                                 :
                -v.-                                             :    20-cr-588 (PKC)
                                                                 :
JEMFFORD PEREZ,                                                  :    ORDER
                                                                 :
                        Defendant.                               :
-----------------------------------------------------------------X

-----------------------------------------------------------------X
                                                                 :
UNITED STATES OF AMERICA,                                        :
                                                                 :
                -v.-                                             :    19-cr-12 (PKC)
                                                                 :
JEMFFORD PEREZ,                                                  :
                                                                 :
                        Defendant.                               :
-----------------------------------------------------------------X
```

CASTEL, U.S.D.J.

The next conference in these matters will take place on July 15, 2021 at 2 p.m. in Courtroom 11D.

SO ORDERED.

                                                     P. Kevin Castel
                                      United States District Judge

Dated: July 14, 2021
       New York, New York