UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
UNITED STATES OF AMERICA,                                         :
                                                                  :
            -v.-                                                  :   20-cr-588 (PKC)
                                                                  :
JEMFFORD PEREZ,                                                   :   ORDER
                                                                  :
                  Defendant.                                      :
------------------------------------------------------------------X

------------------------------------------------------------------X
                                                                  :
UNITED STATES OF AMERICA,                                         :
                                                                  :
            -v.-                                                  :   19-cr-12 (PKC)
                                                                  :
JEMFFORD PEREZ,                                                   :
                                                                  :
                  Defendant.                                      :
------------------------------------------------------------------X

CASTEL, U.S.D.J.

   The next proceeding in these matters will take place on August 12, 2021 at 12:00 p.m. The public may access an audio feed of the proceeding at the following number:

   Phone Number:     1-646-828-7666

   Access Code:      1600094745#

   Members of the public must mute their phones and are not permitted to speak during the proceeding.

   SO ORDERED.

                                                      _____
                                                      P. Kevin Castel
                                                      United States District Judge

Dated: August 10, 2021
       New York, New York